

339-088/WLJ
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiffs
CHEM-TANKERS C.V.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
William L. Juska (WJ 0772)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CHEM-TANKERS C.V.

                Plaintiff,

- against –

CODECOM S.A.

                Defendant.
-----------------------------------------------------------------x

08 CIV.      (     )

**RULE 7.1 STATEMENT**

RECEIVED JUN 20 2008 U.S.D.C. S.D.N.Y. CASHIERS

    CHEM-TANKERS C.V., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, is a partnership entity and that Eurochem directly and indirectly holds 50% of the partnership interest. Eurochem is a subsidiary of Gadot Yam, a public company traded on the TA Stock Exchange and is in turn a subsidiary of Ampal, which is a public company traded on the Nasdaq exchange.

Dated: New York, New York
       June 20, 2008

                          FREEHILL HOGAN & MAHAR, LLP
                          Attorneys for Plaintiff
                          CHEM-TANKERS C.V.

       By: _____
           William L. Juska (WJ 0772)
           80 Pine Street
           New York, NY 10005
           Telephone: (212) 425-1900
           Facsimile: (212) 425-1901

NYDOCS1/307132.1