339-08/WLJ

\*\*\*\*

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
William L. Juska, Jr..

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CHEM-TANKERS C.V.

                                Plaintiff,

- against –

CODECOM S.A.

                                Defendant.
------------------------------------------------------------------x

**08 CIV   (  )**

**SORRENTINO AFFIDAVIT
PURSUANT TO RULE 4(c)**

STATE OF NEW YORK  )
                              )  ss:
COUNTY OF NEW YORK  )

JOAN SORRENTINO, being duly sworn, deposes and says as follows:

1. I am not a party to the within action, am over 18 years of age and have an office and place of business at 80 Pine Street, New York, New York 10005.

2. This Affidavit is submitted pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure (see paragraphs 3-4, below) and in support of Plaintiff's application pursuant to Rule 4(c) of the Federal Rules of Civil Procedure (see paragraphs 5-9, below).

3. Deponent has made an investigation and deponent believes that based upon the results of this investigation, that Defendant CODECOM S.A. cannot be "found" within this

NYDOCS1/307130.1

District for the purpose of an attachment under Rule B. In support of this position, deponent has conducted the following investigation:

(a) Deponent contacted the office of the New York Department of State, Division of Corporations on June 20, 2008, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for the Defendants and the search results indicated that the Defendants are not New York corporations, nor are they licensed, authorized or registered to do business in the State of New York as either domestic or international corporations;

(b) Deponent consulted with Directory Assistance for New York State on June 20, 2008 for area codes (212), (347), (718), (917), (646), (914), and (845) and no listings for the Defendants, were located;

(c) Deponent reviewed the Journal of Commerce (Business Directory) Transportation Telephone Tickler, 2008 Edition (Vol. 1 New York Metropolitan Area) and no listing was found for the Defendants;

(d) Deponent accessed on June 20, 2008, through Microsoft Internet Explorer, Google and Yahoo! Search engines the yellow pages and white pages telephone directories database and found no listing in that database for any offices or agents of the Defendants within this district;

(e) Deponent has not located a website for Defendants and found no evidence that Defendants have offices in this District or are otherwise doing business in the District.

(f) Deponent is unaware of any general or managing agent(s) within this District of the Defendants.

4. Based upon the foregoing, your deponent submits that the Defendants cannot be "found" within this District for the purpose of an attachment pursuant to Rule B and seeks an order of attachment against such tangible and intangible property of the Defendants as may be found within this District up to and including the amount of the claim as specified in the Complaint.

_____
JOAN SORRENTINO

Sworn to before me this
20th day of June 2008

_____
Notary Public

ROBERT G. RIDENOUR, JR.
Notary Public, State of New York
No. 01RI5008838
Qualified in Richmond County
Commission Expires March 1, 2011