USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

LAW OFFICES OF

# FREEHILL HOGAN & MAHAR LLP

80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*†
GINA M. VENEZIA°▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
°ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

**MEMO ENDORSED**

RECEIVED
AUG 25 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

August 25, 2008

Our Ref: 339-08/WLJ

**BY HAND**

The Honorable William H. Pauley III
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

*Application granted.*
**SO ORDERED:**

[signature]
WILLIAM H. PAULEY III U.S.D.J.
8/27/08

*The initial pretrial conference is adjourned to October 17, 2008 at 11:45 a.m.*

Re:   Chem-Tankers C.V. v. CODECOM S.A. 08 Civ ~~575 (WJP)~~ 5575 (WHP)

Dear Judge Pauley:

We represent the Chem-Tankers C.V. in the above-referenced action. <u>We write to request an adjournment of the initial status conference that is scheduled for September 4, 2008 at 11:00 a.m.</u> This is our first request for an adjournment.

Plaintiff initiated this action on June 20, 2008 seeking security, in the amount of $952,780.29, for its maritime claim via an attachment of Defendant's property in this District pursuant to Rule B. Your Honor granted Plaintiff's application on the same day on June 23, 2008. On July 17, 2008 an Amended Complaint was filed, increasing the security sought to $1,295,560.68 and requesting issuance of an amended Process of Maritime Attachment and Garnishment in the increased amount and including the assets of an additional party, Colombiana de Combustibles, which acts as a paying agent for the defendant. Your Honor granted the Plaintifff's application on July 24, 2008.

Despite continued efforts to restrain funds of the Defendant, Plaintiff has not been successful in restraining any assets, although it continues its efforts to do so by effecting daily service of the Process of Maritime Attachment and Garnishment upon various New York banks.

NYDOCS1/311230.1

The Honorable William H. Pauley III
August 25, 2008
Page 2

We note that Local Admiralty Rule B.2 recognizes the importance of keeping Rule B actions *ex parte* until property is actually restrained, and provides that notice of attachment is not required to be given to the Defendant until after its property has been restrained.

In light of the foregoing considerations, we therefore respectfully request that Your Honor grant the within application and adjourn the September 4, 2008 conference.

            Respectfully submitted,

            FREEHILL HOGAN & MAHAR, LLP

            William L. Juska, Jr.